UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. TURKISH,

       Plaintiff,

vs.

       Case No. 06-CV-12319
       HON. GEORGE CARAM STEEH

LAW SCHOOL ADMISSIONS COUNCIL
and JOAN VAN TOL,

       Defendants.

_____/

## ORDER DISMISSING LAWSUIT PURSUANT TO PARTIES' SETTLEMENT

Immediately following the filing of the Complaint and motion for injunctive relief in this matter, the parties to this action commenced informal settlement discussions, culminating in an agreement which was placed on the record on May 31, 2006 and June 1, 2006. The court therefore DISMISSES this action with prejudice, and without costs to any party. The court retains jurisdiction to enforce the terms of the settlement as agreed on the record.

       SO ORDERED.

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

Dated: June 1, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 1, 2006, by electronic and/or ordinary mail.

       s/Josephine Chaffee
       Secretary/Deputy Clerk